Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4211 | **DATE** | 7/18/2000 |
| **CASE TITLE** | Byron Martini vs. A. Finkl & Sons Co. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly Martini is ordered to provide all of the missing information and documents referred to in this memorandum order by a filing in this Court's chambers on or before August 4, 2000. In the absence of such a timely filing, this Court will be constrained to deny both the Application and the Motion as inadequately supported.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | JUL 19 2000 | 6 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | *docketing deputy initials* | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | 7/18/2000 date mailed notice | |
| SN | courtroom deputy's initials | 00 JUL 19 AM 8:18 | SN mailing deputy initials |
| | | Date/time received in central Clerk's Office | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BYRON MARTINI,

        Plaintiff,

v.

A. FINKL & SONS CO.,

        Defendant.

No. 00 C 4211

**DOCKETED**

JUL 1 9 2000

MEMORANDUM ORDER

Byron Martini ("Martini") has submitted a self-prepared Complaint of Employment Discrimination against A. Finkl & Sons Co. ("Finkl"), using the form provided by this District Court's Clerk's Office for pro se litigants asserting such claims. Martini has accompanied his Complaint with an Application To Proceed Without Prepayment of Fees ("Application") and a Motion for Appointment of Counsel ("Motion").

There are some problems with Martini's submissions that make it impossible for this Court to exercise an informed judgment as to the grant or denial of the Application or the Motion or both. For example:

1. Although Martini lists himself as unemployed because he is disabled (Application ¶2) and identifies November 1996 as the date of his last employment (Application ¶2.B), Complaint ¶5(b) says that he is now "still employed" by Finkl, while Complaint ¶6 asserts that Finkl discriminated against him beginning January 2, <u>2000</u>.



Some informative explanation of those inconsistencies is needed, and that may perhaps be provided by Martini's furnishing of the documents referred to a bit later (though if those documents don't do the job, Martini must submit an appropriate explanation by a separate filing).

2. In addition to stating that he has $500 in the bank (Application ¶4), Martini lists himself as the owner of his residence having a value of $87,000 (id. ¶5). Those things would seem to require the denial of both the Application and the Motion--but at a minimum they certainly require some further explanation.

3. Martini has failed to fill out the most important part of the Motion, which requires that he identify his attempts to retain counsel on his own (Motion ¶2). It is true that one copy of the Motion indicates that he has had counsel appointed for him in another discrimination case in this District (98 C 1910), but once more some further explanation is required.

4. Martini's Complaint fails to give any information at all as to his claimed disability (he is suing under ADA). That silence is compounded by Martini's failure to provide copies either of his charge of discrimination (Complaint ¶7(b)) or of EEOC's Notice of Right To Sue (Complaint ¶8(b)). Copies of both of those documents should be

submitted.

Accordingly Martini is ordered to provide all of the missing information and documents referred to in this memorandum order by a filing in this Court's chambers on or before August 4, 2000. In the absence of such a timely filing, this Court will be constrained to deny both the Application and the Motion as inadequately supported.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 18, 2000